IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SOL HOKE,,

    Plaintiff,

v.                                                        4:21cv128–WS/MAF

SHAVONNA MURPHY, et al.,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 15) docketed June 14, 2021. The magistrate judge recommends that the plaintiff's second amended complaint (ECF No. 12) be dismissed for failure to properly state a claim upon which relief may be granted and for failure to comply with a court order (ECF No. 13) directing the plaintiff "to file a third amended complaint if Plaintiff desires to continue with this case." The plaintiff did not file a third amended complaint as directed but has filed objections (ECF No. 21) to the report and recommendation.

In his objections, the plaintiff asserts that he "was not able to respond [to the

magistrate judge's order (ECF No. 13)] because he was transferred to Orlando Reception Center where he was on COVID-19 lockdown and was restricted to his cell." Like the magistrate judge, the undersigned finds that the plaintiff's second amended complaint fails to properly state a claim against Defendants Shavonna Murphy and Dr. Josefina Baluga. In addition, the plaintiff sues the three remaining defendants (Murphy, Baluga, and Dr. Weaver-Mitchell) for money damages in their official capacities only. In such capacity, the defendants are immune from money-damage claims under the Eleventh Amendment. Nonetheless, because the plaintiff asserts that he was prevented from responding to the magistrate judge's order directing him to file a third amended complaint, the plaintiff shall be given a final opportunity to file a third amended complaint in compliance with the magistrate judge's order.

Accordingly, it is ORDERED:

1. The plaintiff shall have until **September 20, 2021,** to either (1) file a third amended complaint in compliance with the magistrate judge's order (ECF No. 13); or (2) file a notice of voluntary dismissal.

2. If the plaintiff fails to file a third amended complaint or a notice of voluntary dismissal on or before **September 20, 2021,** the clerk shall refer the file to the undersigned for entry of an order adopting the magistrate judge's report and

recommendation (ECF No. 15) and directing entry of judgment of dismissal.

3. If the plaintiff files a third amended complaint as directed, the clerk shall refer the file to the magistrate judge for further proceedings.

DONE AND ORDERED this   23rd   day of   August  , 2021.

                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE