IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SOL HOKE,

    Plaintiff,

v.                                                                                                   4:21cv128–WS/MAF

SHAVONNA MURPHY,
DR. WEAVER MITCHELL,
JOSEFINA BALUGA, and the
FLORIDA STATE HOSPITAL,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 28) docketed October 22, 2021. The magistrate judge recommends that (1) Plaintiff's claims against the Florida State Hospital be dismissed; (2) Plaintiff's claim under the Americans with Disabilities Act ("ADA") be dismissed for failure to state a claim; (3) Plaintiff's request for injunctive relief be denied; (4) Plaintiff's request for class action certification be denied; and (5) all other claims be allowed to proceed. Plaintiff has filed no objections to the report and recommendation.

Having reviewed the record in this case, the undersigned has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 28) is ADOPTED and incorporated into this order by reference.

2. Plaintiff's claims against the Florida State Hospital are DISMISSED.

3. Plaintiff's ADA claim is DISMISSED for failure to state a claim.

4. Plaintiff's request for injunctive relief and class certification are DENIED.

5. The clerk shall return the case to the magistrate judge for further proceedings on all other claims.

DONE AND ORDERED this __8th__ day of __December__, 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE