UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SOL HOKE,

    Plaintiff,

v.                                                                          4:21cv128–WS/MAF

SHAVONNA MURPHY, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF. No. 49) docketed April 27, 2022. The magistrate judge recommends that Plaintiff's case against Defendant Weaver Mitchell be dismissed without prejudice pursuant to Plaintiff's notice of voluntary dismissal (ECF No. 48) and Fed. R. Civ. P. 41(a)(1)(A)(i). No objections to the report and recommendation have been filed.

    The court having reviewed the record, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 49) is ADOPTED and incorporated into this order by reference.

    2. Plaintiff's claim against Defendant Weaver Mitchell is hereby

DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    3. The clerk shall note on the docket that the case against Weaver Mitchell has been terminated.

    4. The clerk shall remand the case to the magistrate judge for further proceedings.

    DONE AND ORDERED this __27th__ day of __May__, 2022.


                                  s/ William Stafford
                                  WILLIAM STAFFORD
                                  SENIOR UNITED STATES DISTRICT JUDGE